# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. WHITE,<br><br>        Plaintiff,<br><br>  v.<br><br>MARK N. PAZIN, et al.,<br><br>        Defendants. | 1:12-cv-00917-BAM (PC)<br><br>ORDER REGARDING PLAINTIFF'S REQUESTS FOR STATUS REPORT ON WHETHER US MARSHAL HAS COMPLETED SERVICE ON DEFENDANTS<br>(ECF Nos. 26, 27) |

      Plaintiff James E. White ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis. On December 2, 2014, the Court directed the United States Marshal to serve the first amended complaint on Defendants Pazin, Merced County Sheriff's Administration, Blake, Cavallero, Scott, Thoreson, and Blodgett. (ECF No. 25.)

      On April 13 and 17, 2015, Plaintiff filed requests for a status report on whether or not the United States Marshal had completed service on all seven defendants. (ECF Nos. 26, 27.)

      On June 16, 2015, the United States Marshal returned executed summonses for all seven defendants. (ECF No. 28.) On June 23, 2015, Defendants filed a motion to dismiss. (ECF No. 30.) Accordingly, Plaintiff's requests for status regarding service are no longer necessary and are HEREBY DENIED as moot.

IT IS SO ORDERED.

    Dated:   **June 25, 2015**                  /s/ Barbara A. McAuliffe
                                                                  UNITED STATES MAGISTRATE JUDGE