# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. WHITE,<br><br>    Plaintiff,<br><br>  v.<br><br>MARK N. PAZIN, et al.,<br><br>    Defendants. | 1:12-cv-00917-BAM (PC)<br><br>ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION WITHIN TWENTY-ONE DAYS<br><br>(ECF No. 30) |

    Plaintiff James E. White ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983. The events alleged in the complaint occurred while Plaintiff was a pre-trial detainee in the Merced County Jail.

    On June 23, 2015, Defendants filed a motion to dismiss. (ECF No. 30.) Plaintiff's opposition to the motion was due on or before July 17, 2015. Pursuant to Local Rule 230(l), Plaintiff is HEREBY ORDERED to file an opposition or a statement of non-opposition to Defendants' motion within twenty-one (21) days. **Plaintiff is warned that the failure to comply with this order will result in dismissal of this action, with prejudice, for failure to prosecute.**

IT IS SO ORDERED.

    Dated: __August 1, 2015__                        /s/ Barbara A. McAuliffe    
                                                            UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28