# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. WHITE,<br><br>    Plaintiff,<br><br>    v.<br><br>MARK N. PAZIN, et al.,<br><br>    Defendants. | 1:12-cv-00917-AWI-BAM (PC)<br><br>ORDER REQUIRING DEFENDANTS PAZIN, MERCED COUNTY SHERIFF'S ADMINISTRATION, BLAKE, CAVALLERO, SCOTT, THORESON AND BLODGETT TO REIMBURSE UNITED STATES MARSHAL WITHIN THIRTY (30) DAYS<br><br>(ECF No. 29) |

    Plaintiff James E. White ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil action under 42 U.S.C. § 1983.

    On December 2, 2014, the United States Marshal was ordered to serve process on Plaintiff's behalf. (ECF No. 25.) On June 17, 2015, per Federal Rules of Civil Procedure 4(d)(2), the United States Marshal filed a request for reimbursement of the expenses incurred in effecting personal service on defendants Pazin, Merced County Sheriff's Administration, Blake, Cavallero, Scott, Thoreson, and Blodgett ("Defendants.") (ECF No. 29.)

    Defendants objected to this request on June 24, 2015. (ECF No. 31.) The Court overruled Defendants' objections on November 1, 2016. (ECF No. 43.) Thus, the Marshal's request for reimbursement of costs for effecting personal service on Defendants shall be granted. The Marshal has indicated that the cost of effecting personal service on each of the Defendants in this

action was $193.84. (ECF No. 28.) Therefore, Defendants shall each be ordered to reimburse the Marshal $193.84 for the cost of effecting personal service.

Accordingly, the Court HEREBY ORDERS as follows:

1. Defendants Pazin, Merced County Sheriff's Administration, Blake, Cavallero, Scott, Thoreson, and Blodgett shall each reimburse the United States Marshals Office **$193.84** within **thirty (30) days** from the date of service of this order;[1]

2. The Clerk's Office shall serve a copy of this order on the Sacramento Division of the United States Marshals Office.

IT IS SO ORDERED.

Dated:   **November 17, 2016**          /s/ Barbara A. McAuliffe
                                        UNITED STATES MAGISTRATE JUDGE

---

[1] The United States Marshal's Office is located at 501 I St., Ste. 5600, Sacramento, CA, 95814.