# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES WHITE,<br><br>        Plaintiff,<br><br>        v.<br><br>COUNTY OF MERCED,<br><br>        Defendant. | CASE NO.: 1:12-cv-00917-BAM (PC)<br><br>ORDER TO RECAPTION CASE |

    This action proceeds only against Defendant County of Merced. Therefore, the caption should reflect that this action no longer proceeds against any other defendants, and that there are no longer multiple defendants. Accordingly, the caption for this case shall be as reflected above.

IT IS SO ORDERED.

    Dated:   **April 10, 2017**              /s/ *Barbara A. McAuliffe*
                                                       UNITED STATES MAGISTRATE JUDGE